Legal Mail
Provided to
Blackwater River Correctional Facility
on 8/15/24 for mailing
initials [illegible]

1.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

"Pro Se"                           8:24 cv 1995 TPB    AAS

RANDY A. HART,              * CASE NUMBER:
DC#075432 W/M                 3:24-CV-00325-
Plaintiff,                    LC-HTC
V.

S. DAVIS, ASST. WARDEN,
PROGRAMS, BLACKWATER
RIVER C.F., et. al., (F.D.O.C.)
Defendants.   FL.    / 42 U.S.C. § 1983

## "THE RETALIATION CLAIM"

The Prison Litigation Reform Act ("PLRA") requires prisoners to exhaust all available remedies (grievance procedures) before brining a case. 42 U.S.C. § 1997e(a).

> The defendants do not respond to any grievances filed by the plaintiff at the institutional level.
** Witness → A5-103-Lower bunk

> The right of access to the Courts must be "adequate, effective and meaningful" and must be freely exercisable without hinderance or fear of retaliation. See: Milhouse V. Carlson, 652 F.2d 371 (1981).
** Witness → A5-213-upper bunk

Under 42 U.S.C. § 1983, prisoner may sue state or local officials for the   *(COPY)

*(Page 1 of 3)

<u>Case No. 3:24-CV-00325-LC-HTC</u>

"deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law.

> The defendants are very much aware that the plaintiff is entitled to immunity from a malicious prosecution under Case Number: #53-2023-CF-005374-A000-XX, Polk County Courthouse, County of Polk, State of Florida. * Governor; Ron DeSantis.

"Pro Se"
Randy Atly Hart DC# 075432
Blackwater River C.F (A5-103-upper)
5914 Jeff Ates Road.
Milton, Florida. 32583
Santa Rosa County

<u>Secretary</u>, Ricky D. Dixon
Florida Department of Corrections
* <u>Milhouse v. Carlson</u>, 652 F.2d 371 (1981).

August 13th, 2024


> <u>Thank You!</u>


<u>CC:</u> Attorney General, (850) 410-1630/<u>Fax</u>

*(Page 2 of 3)   (Copy)

GEO Blackwater / FD 2

③

# Resident Transaction Receipt
Monday, August 12, 2024 @ 7:12 am

Transaction #: 105,625,886

DOC#  075432

Inmate Name  HART, RANDY

# 3:24-CV-325-LC-HTC

Description : 126287761 Lauffer Michael Edward

Dorm: A   Pod: 5   Cell: 103 ~ up

| Trans Type | Transaction Date | Amount | Current Funds |
|---|---|---|---|
| SECUREDEPOSITS | 8/10/2024 | 30.00 | 42.73 |

Resident Sig: Randy all Hart DC# 075432   Date 8/13/2024

Authorized Sig _____   Date _____

Y

Video Recorders are in use.
Chief of Security, J. Smith
West's F.S.A. § 838.022
Rule: 33-208.001-003, Fla. Admin. Code.
Secretary, Ricky D. Dixon / F.D.O.C.
West's F.S.A. § 838.022

* (Page 3 of 3)

COPY