UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,

   Plaintiff,

v.                          Case No. 3:24cv402-LC-HTC

ASSISTANT WARDEN S. DAVIS,
BLACKWATER RIVER CORRECTIONAL FACILITY,

   Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on September 4, 2024 (ECF No. 5), recommending that Plaintiff's case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g) and also as malicious and an abuse of the judicial process. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order. This Court finds that the Plaintiff is a three-striker and has not shown that he is in imminent danger of serious physical injury.

2. This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(g) and also as malicious and an abuse of the judicial process.

3. The clerk shall close the file.

**DONE AND ORDERED** this 4th day of October, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv402-LC-HTC